JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN SYZDEK, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ENTRANS INTERNATIONAL, LLC, a Delaware Limited Liability Company,<br><br>Defendant. | Case No.: 5:18-cv-00648-AB-(KSx)<br><br>**ORDER DISMISSING CASE WITHOUT PREJUDICE**<br><br>Judge: Hon. Andre Birotte, Jr.<br>Magistrate Judge: Hon. Karen L. Stevenson |

Having considered Plaintiff's Notice of Voluntary Dismissal, and finding that good cause exists, this Court hereby ORDERS that this case is DISMISSED without prejudice, each party to bear its own costs and fees.

**IT IS SO ORDERED.**

DATED: July 11, 2018

**HON. ANDRE BIROTTE, JR.
UNITED STATES DISTRICT JUDGE**